**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-2706**

---

MYRA R. EDWARDS,

                                    Plaintiff - Appellant,

        versus

DEPARTMENT OF THE AIR FORCE, AFBCMR,

                                    Defendant - Appellee.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Deborah K. Chasanow, District Judge. (CA-
95-3115-DKC)

---

Submitted:  January 14, 1997          Decided:  February 6, 1997

---

Before ERVIN and WILKINS, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Myra R. Edwards, Appellant Pro Se.  Kaye A. Allison, OFFICE OF THE
UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing her claim filed pursuant to the Freedom of Information Act[*] and her claims for damages and remanding her request for a correction to her late husband's military records to the Air Force Board for Correction of Military Records for further proceedings. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Edwards v. Department of the Air Force, AFBCMR, No. CA-95-3115-DKC (D. Md. Oct. 18, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented int he materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] 5 U.S.C. § 552 (1994).